IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Linda Lee Seals - #129003

No. C 14-80141 WHA

**ORDER OF SUSPENSION**

Because Linda Lee Seals has failed to respond to the order to show cause, Ms. Seals' membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: July 22, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE